UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PATRICIA KENNEDY,**

        Plaintiff,

v.                                        Case No: 2:15-cv-14417-RLR

**DALE P. COYNE, etc., et. al.,**
_____/

**SATISFACTION OF JUDGMENT**

KNOW ALL MEN BY THESE PRESENTS, that Patricia Kennedy, the Plaintiff in the above styled case, does hereby acknowledge full and complete satisfaction of that certain judgment entered on the 24th day of February, 2016, in the above-styled cause in favor of Plaintiff, Patricia Kennedy, and against Defendants, Dale P. Coyne, Gail A. Coyne, and South Florida Barbeque of Sebring, Inc. The Clerk of said Court is hereby authorized and directed to note the full and complete satisfaction and cancellation of said judgment of record.

                                                    */s/ Philip Michael Cullen, III*
                                                    Thomas B. Bacon, P.A.
                                                    Fla. Bar No: 167853
                                                    621 S. Federal Highway, Ste. 4
                                                    Ft. Lauderdale, Fl 33301
                                                    Telephone: (954) 462-0600
                                                    Facsimile: (954) 462-1717
                                                    e-mail: cullen@thomasbaconlaw.com